524

No. 412. MORRISON v. FEDERAL LAND BANK OF LOUISVILLE, KENTUCKY, ET AL.; and

No. 413. MORRISON, EXECUTRIX, v. SAME. December 11, 1939. *Per Curiam:* Motion for leave to proceed *in forma pauperis,* and petition for writs of certiorari, granted. The judgments of the Circuit Court of Appeals are reversed, and the causes are remanded to the District Court for further proceedings. See *John Hancock Mutual Life Ins. Co.* v. *Bartels, ante,* p. 180. *Mr. William Lemke* for petitioner. No appearance for respondents. Reported below: 105 F. 2d 279.

No. 235. POTTER v. UNION CENTRAL LIFE INSURANCE Co. ET AL. December 11, 1939. *Per Curiam:* The petition for writ of certiorari is granted. As the appeal from the order of the District Court filed December 4, 1937, was duly perfected, the Circuit Court of Appeals had jurisdiction and its order dismissing the appeal was error. The order is reversed and the cause is remanded to the Circuit Court of Appeals for further proceedings. *Mr. Elmer McClain* for petitioner. *Messrs. Virgil D. Parish* and *Stanley K. Henshaw* for respondents.

No. 237. MILLER v. HATFIELD, TRUSTEE, ET AL. December 11, 1939. Motion of the petitioner for leave to proceed *in forma pauperis* as to the printing of the record granted. *Mr. Elmer McClain* for petitioner. *Mr. H. E. Garling* for respondents.